1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   WESLEY GIBBS,                    )    Case No. EDCV 16-2499 MWF(JC)
                                      )
12                    Petitioner,     )
                                      )    JUDGMENT
13            v.                      )
                                      )
14   JOE LIZZARAGA, Warden,           )
                                      )
15                                    )
                                      )
16                    Respondent.     )
   _____
17
18        Pursuant to this Court's Order Accepting Findings, Conclusions and
19   Recommendations of United States Magistrate Judge,
20        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
21   in State Custody is denied and this action is dismissed with prejudice.
22        IT IS SO ADJUDGED.
23
24   DATED: February 15, 2019
25
26                                    _____
                                      MICHAEL W. FITZGERALD
27                                    UNITED STATES DISTRICT JUDGE
28